UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAKIEA L. ROBINSON,<br><br>                                Plaintiff,<br><br>         -against-<br><br>FERRIS BAGWELL; BRENDA SUTTON,<br><br>                              Defendants. | 24cv621 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 31, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 16, 2024
           New York, New York

                                                 /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                          Chief United States District Judge